UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETRONE JACKSON,

    Plaintiff,

                                    Case No.12-cv-13679
                                    HON. GERSHWIN A. DRAIN

vs.


COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/


**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (#15), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (# 13) AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (# 12) AND DISMISSING ACTION**


      This matter is before the court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Detrone Jackson's claim for judicial review of Defendant Commissioner of Social Security's denial of her application for supplemental security income benefits. The matter was referred to Magistrate Judge Mark A. Randon, who issued a Report and Recommendation on April 30, 2013, recommending that the Court grant Defendant's Motion for Summary Judgment, deny Plaintiff's Motion for Summary Judgment, and affirm the Commissioner's findings. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Randon's April 30, 2013 Report and Recommendation [#15] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment [#13] is GRANTED. Plaintiff's Motion for Summary Judgment [#12] is DENIED.

This cause of action is dismissed.

SO ORDERED.

Dated: May 29, 2013

/s/ Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 29, 2013, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk